**Order entered July 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00279-CR
### No. 05-18-00280-CR

**JASON JACOB OSIFO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81394-2016 & 296-82964-2015**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandates in these appeals **INSTANTER.**


/s/  JASON BOATRIGHT
    JUSTICE